# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Jereme Dustin Sanchez,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-01053-ADA-SH** |
| | § | |
| **FCA US LLC,** | § | |
| *Defendant* | § | |
| | § | |

## ORDER

On February 3, 2026, the parties notified the Court that they have reached a settlement and requested sixty days to submit an agreed motion to dismiss with prejudice.[1] Dkt. 13. By Text Order entered February 22, 2026, the Court ordered the parties to file their joint motion to dismiss by April 4, 2026. The parties have neither filed a motion to dismiss nor sought an extension.

The Court **ORDERS** the parties to file settlement documents or show cause why the case should not be dismissed for failure to prosecute or comply with a Court order by **April 24, 2026**. Failure to do so will result in the Court's recommendation that this action be dismissed under Rule 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018) ("Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order.").

**SIGNED** on April 8, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.